IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEALED

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 JUN 17 PM 4:15

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS TENA-BARAY,<br><br>Defendant. | 8:20CR 145<br><br>INDICTMENT<br><br>18 U.S.C. §§ 1028(a)(1), (b)(1)(A)(i), and 2<br>42 U.S.C. § 408(a)(7)(B) |

The Grand Jury charges that

## COUNT I

On or about April 17, 2017, in the District of Nebraska, the defendant, LUIS TENA-BARAY, did knowingly and without lawful authority produce an identification document, authentication feature, or false identification document, to wit: a United States Social Security card with the number xxx-xx-1274, the identification document, authentication feature, or false identification document was or appears to have been issued by and under the authority of the United States Government.

In violation of 18 U.S.C. §§ 1028(a)(1) and (b)(1)(A)(i) and 18 U.S.C. § 2.

## COUNT II

On or about April 17, 2017 in the District of Nebraska, the defendant, LUIS TENA-BARAY, for any purpose, to wit: concealing his true identity on a Form I-9, and with intent to deceive, falsely represented a number to be the Social Security account number assigned by the Commissioner of Social Security to him, when in fact, as the defendant well knew, such number, XXX-XX-1274, is not the Social Security account number assigned by the Commissioner of Social Security to him.

In violation of 42 U.S.C. § 408(a)(7)(B).

<u>COUNT III</u>

On or about April 17, 2017 in the District of Nebraska, the defendant, LUIS TENA-BARAY, for any purpose, to wit: concealing his true identity on a Form W-4, and with intent to deceive, falsely represented a number to be the Social Security account number assigned by the Commissioner of Social Security to him, when in fact, as the defendant well knew, such number, XXX-XX-1274, is not the Social Security account number assigned by the Commissioner of Social Security to him.

In violation of 42 U.S.C. § 408(a)(7)(B).

A TRUE BILL.

/ FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: *[signature]*
JODY B. MULLIS
Assistant U.S. Attorney

2